# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0769.  ROHAN GUPTA et al. v. HEMANT THAKER.**

Rupa Kulbushan Gupta, as trustee of the Kulbushan GUPTA 1990 Family Trust Dated May 22, 1990, filed a verified complaint for application for arbitration and preliminary injunction against Hemant Thanker.  The "Final Award of Arbitration" was issued and Gupta filed a motion to vacate the award, which the trial court denied.  Gupta files his notice of appeal from that order. We, however, lack jurisdiction.

In Georgia, the procedure to confirm an arbitration award specifically contemplates the entry of a separate judgment on the award.  *Green Tree Servicing, LLC v. Jones*, 333 Ga. App. 184, 184 (1) (775 SE2d 714) (2015). See also OCGA § 9-9-15.  Because Gupta has not demonstrated that the trial court confirmed the award or entered final judgment as contemplated by OCGA § 9-9-15, he was required to follow the interlocutory appeal procedures in OCGA § 5-6-34 (b) and obtain a timely certificate of immediate review.  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588 (1) (408 SE2d 103) (1991).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__03/09/2021_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*